**Order entered August 7, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00442-CR

**ROCKY MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-01315-U**

## ORDER

By order entered May 29, 2014, the Court directed the Dallas County District Clerk to retrieve two exhibits consisting of original compact digital disks tendered to the Clerk of this Court as part of the supplemental clerk's record filed on April 28, 2014. The Dallas County District Clerk was ordered to make arrangements to copy the exhibits and retain the copies for its records. The District Clerk retrieved the disks as directed and, after receiving one extension of time, filed a letter on July 31, 2014 reporting that the District Clerk "does not have access to equipment needed to provide copies of the disk."

We **ORDER** the Dallas County District Clerk to file within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing the compact digital disks retrieved from the appellate record in this case pursuant to the Court's May 29, 2014 order.

After the filing of the supplemental clerk's record, appellant's counsel may arrange with the Clerk of the Court to review the disks in the Clerk's office at a mutually agreed time.

We **EXTEND** the time to file appellant's brief until **September 19, 2014**.

/s/    LANA MYERS
JUSTICE